**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Jennifer Ellis, Debtor**                              **Case No. 21-00929-JAW**
                                                                                                     **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  /s/ Jennifer Ellis_____          04-17-2026____
        Jennifer Ellis                                                              Date

       /s/ Thomas C. Rollins, Jr._____          04-17-2026___
       Thomas C. Rollins, Jr., MS Bar No. 103469          Date
       Attorney for the Debtor
       The Rollins Law Firm, PLLC
       P.O. Box 13767
       Jackson, MS 39236
       601.500.5533

3.  Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On April 20, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

          /s/ Thomas C. Rollins, Jr._____
          Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JENNIFER ELLIS

CASE NO: 21-00929

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/20/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JENNIFER ELLIS

CASE NO: 21-00929

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/20/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-00929
SOUTHERN DISTRICT OF MISSISSIPPI
MON APR 20 9-53-26 PST 2026

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE
(U)PNC BANK  NATIONAL ASSOCATION

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

AD ASTRA RECOVERTY
3607 N RIDGE RD
WICHITA  KS 67205-1230

ALLIANCE COLLECTION SERVICE  INC
207 E FRANKLIN ST
TUPELO  MS 38804-4007

AMERICAN ESOTERIC LAB
1701 CENTURY CENTER CV
MEMPHIS  TN 38134-8975

(P)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

BAPTIST MEMORIAL HOSPITAL GOLDEN TRIAN
MSCB  INC
PO BOX 1567
PARIS  TN 38242-1567

EXCLUDE

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(D)(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

BAPTIST
PO BOX 23090
JACKSON  MS 39225-3090

CAPIO PARTNERS  LLC
3400 TEXOMA PARKWAY
SHERMAN  TX 75090-1905

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE AUTO FINAN
3905 N DALLAS PKWY
PLANO  TX 75093-7892

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPITAL ONE  NA CO
AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE  DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAVALRY PORTFOLIO SERV
PO BOX 27288
TEMPE  AZ 85285-7288

CAVALRY SPV I  LLC AS ASSIGNEE OF
CITIBANK  NASHOP YOUR WAY
500 SUMMIT LAKE DRIVE  STE 400
VALHALLA  NY 10595-2321

CITIBANK
701 EAST 60TH ST N
SIOUX FALLS  SD 57104-0432

CLAY COUNTY MEDICAL CE
835 MEDICAL CENTER DR
WEST POINT  MS 39773

CLAY COUNTY MEDICAL CENTER O
CO FRANKLIN COLLECTION SERVICE
PO BOX 3910
TUPELO MS 38803-3910

COMMONWEALTH FINANCIAL
245 MAIN ST
SCRANTON  PA 18519-1641

DIAGNOSTIC TISSUE CYTO
606 22ND AVE S
MERIDIAN  MS 39301-6116

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY  OH  43054-3025

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FRANKLIN COLLECTION SE
2978 W JACKSON ST
TUPELO MS 38801-6731

HARBOR FINANCIAL OF TUPELO
1131 W MAIN ST
TUPELO MS 38801-3409

HARBOR LOANS
1131 MAIN ST
TUPELO  MS 38801-3409

LAKELAND CLINICS
1040 RIVER OAKS CT  3
FLOWOOD  MS 39232-9530

LAKELAND RADIOLOGISTS
PO BOX 23073
JACKSON  MS 39225-3073

MEA
935 HWY 51
MADISON  MS 39110-8407

MEA MEDICAL CLINIC
5606 OLD CANTON RD
JACKSON  MS 39211-4299

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MERIT HEALTH RIVER OAK
1030 RIVER OAKS DR
FLOWOOD  MS 39232-9553

NORTH MS MEDICAL CENTE
830 S GLOSER ST
TUPELO  MS 38801-4996

~~EXCLUDE~~

NORTH MS MEDICAL CENTER O
CO FRANKLIN COLLECTION SERVICE
PO BOX 3910
TUPELO MS 38803-3910

OCH REGIONAL MEDICAL C
PO BOX 1506
STARKVILLE  MS 39760-1506

~~(D)(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982~~

PREMIER RADIOLOGY
PO BOX 980
TUPELO  MS 38802-0980

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

RIVER OAKS HOSPITAL
1030 RIVER OAKS DR
FLOWOOD  MS 39232-9729

SRA
1456 ELLIS AVE
JACKSON  MS 39204-2204

SIMPSON LAW FIRM
PO BOX 1410
RIDGELAND  MS 39158-1410

SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204

SPARK LIGHT
319 COLLEGE ST
COLUMBUS  MS 39701-5702

SPEEDYRAPID CASH
PO BOX 780408
WICHITA  KS 67278-0408

SPEEDYCASH
222 MERCHANDISE MART PLAZA
CHICAGO  IL 60654-1103

ST DOMINIC HOSPITAL
PO BOX 24056
JACKSON  MS 39225-4056

STARKVILLE CLINIC FOR
100 MEDICAL PARK DR
STARKVILLE  MS 39759-4477

THE WOMAANS CLINIC
501 MARSHALL STREET
STE 400
JACKSON  MS 39202-1687

TRUSTCARE CLINICS
PO BOX 23789
JACKSON  MS 39225-3789

UMMC
PO BOX 3488
DEPT 05-077
TUPELO  MS 38803-3488

UNITED EMERGENCY SERVI
861 SW 78TH AVE
MERIDIAN  MS 39301

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

DEBTOR

JENNIFER ELLIS
1505 PADDOCK CLUB DR
PANAMA CITY BEACH  FL 32407-2486

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39201-1902