United States Bankruptcy Court
Southern District of Mississippi

In re:

Jennifer Ellis

    Debtor

Case No. 21-00929-JAW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3

Date Rcvd: May 15, 2026

User: mssbad

Form ID: 3180W

Page 1 of 3

Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jennifer Ellis, 1505 Paddock Club Dr, Panama City Beach, FL 32407-2486 |
| 5006430 | + | American Esoteric Lab, 1701 Century Center Cv, Memphis, TN 38134-8975 |
| 5016235 | + | BAPTIST MEMORIAL HOSPITAL/ GOLDEN TRIANGLE, MSCB, INC, PO BOX 1567, PARIS, TN 38242-1567 |
| 5006439 | | Clay County Medical Ce, 835 Medical Center Dr, West Point, MS 39773 |
| 5006441 | + | Diagnostic Tissue Cyto, 606 22nd Ave S, Meridian, MS 39301-6116 |
| 5008707 | + | HARBOR FINANCIAL OF TUPELO, 1131 W MAIN ST, TUPELO MS 38801-3409 |
| 5006444 | + | Harbor Loans, 1131 Main St, Tupelo, MS 38801-3409 |
| 5006445 | + | Lakeland Clinics, 1040 River Oaks Ct # 3, Flowood, MS 39232-9530 |
| 5006446 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5006447 | + | MEA, 935 Hwy 51, Madison, MS 39110-8407 |
| 5006448 | + | MEA Medical Clinic, 5606 Old Canton Rd, Jackson, MS 39211-4299 |
| 5006449 | + | Merit Health River Oak, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 5006453 | + | Premier Radiology, P.O. Box 980, Tupelo, MS 38802-0980 |
| 5006454 | + | River Oaks Hospital, 1030 River Oaks Dr, Flowood, MS 39232-9729 |
| 5006459 | + | SRA, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5006460 | | St Dominic Hospital, PO Box 24056, Jackson, MS 39225-4056 |
| 5006461 | + | Starkville Clinic for, 100 Medical Park Dr, Starkville, MS 39759-4477 |
| 5006463 | + | Trustcare Clinics, P.O. Box 23789, Jackson, MS 39225-3789 |
| 5006465 | | United Emergency Servi, 861 SW 78th Ave, Meridian, MS 39301 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | May 15 2026 23:32:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5006429 | + | Email/Text: bkinfo@ccfi.com | May 15 2026 19:31:00 | AD ASTRA Recoverty, 3607 N. Ridge Rd., Wichita, KS 67205-1230 |
| 5020487 | ^ | MEBN | May 15 2026 19:29:00 | ALLIANCE COLLECTION SERVICE, INC., 207 E Franklin St, TUPELO, MS 38804-4007 |
| 5006431 | | Email/Text: ebn@americollect.com | May 15 2026 19:32:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 5006432 | ^ | MEBN | May 15 2026 19:29:05 | Baptist, P.O. Box 23090, Jackson, MS 39225-3090 |
| 5006434 | + | EDI: CAPIO.COM | May 15 2026 23:32:00 | Capio Partners, LLC, 3400 Texoma Parkway, Sherman, TX 75090-1905 |
| 5006435 | + | EDI: CAPITALONE.COM | May 15 2026 23:32:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5006436 | + | EDI: CAPONEAUTO.COM | May 15 2026 23:32:00 | Capital One Auto Finan, 3905 N. Dallas Pkwy, Plano, TX 75093-7892 |
| 5008480 | + | EDI: AISACG.COM | | |

District/off: 0538-3        User: mssbad        Page 2 of 3

Date Rcvd: May 15, 2026        Form ID: 3180W        Total Noticed: 53

| | | | |
|---|---|---|---|
| | | May 15 2026 23:32:00 | Capital One Auto Finance, a division of, Capital One, N.A. c/o, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5017026 | + EDI: AIS.COM | | |
| | | May 15 2026 23:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5006437 | + Email/Text: bankruptcy@cavps.com | | |
| | | May 15 2026 19:32:00 | Cavalry Portfolio Serv, PO Box 27288, Tempe, AZ 85285-7288 |
| 5007010 | + Email/Text: bankruptcy@cavps.com | | |
| | | May 15 2026 19:32:00 | Cavalry SPV I, LLC as assignee of, Citibank, N.A./Shop Your Way, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5006438 | + EDI: CITICORP | | |
| | | May 15 2026 23:32:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 5014245 | + Email/Text: FSBank@franklinservice.com | | |
| | | May 15 2026 19:31:00 | Clay County Medical Center O, c/o Franklin Collection Service, PO Box 3910, Tupelo MS 38803-3910 |
| 5006440 | + Email/Text: commonwealth@ebn.phinsolutions.com | | |
| | | May 15 2026 19:31:00 | CommonWealth Financial, 245 Main St, Scranton, PA 18519-1641 |
| 5006442 | EDI: DISCOVER | | |
| | | May 15 2026 23:32:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 5007697 | EDI: DISCOVER | | |
| | | May 15 2026 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5006443 | + Email/Text: FSBank@franklinservice.com | | |
| | | May 15 2026 19:31:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5006450 | EDI: MSDOR | | |
| | | May 15 2026 23:32:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5006451 | + Email/Text: business.services.tupelo@nmhs.net | | |
| | | May 15 2026 19:31:00 | North MS Medical Cente, 830 S Gloser St, Tupelo, MS 38801-4996 |
| 5014618 | + Email/Text: FSBank@franklinservice.com | | |
| | | May 15 2026 19:31:00 | North MS Medical Center O, c/o Franklin Collection Service, PO Box 3910, Tupelo MS 38803-3910 |
| 5006452 | Email/Text: lsizemore@och.org | | |
| | | May 15 2026 19:31:00 | OCH Regional Medical C, P.O. Box 1506, Starkville, MS 39760-1506 |
| 5012421 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 15 2026 19:31:00 | BBVA USA, BVVA USA - Bankruptcy Department, PO Box 10566, Birmingham, AL 35296 |
| 5056411 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 15 2026 19:31:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 5006433 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 15 2026 19:31:00 | BBVA Compass, Po Box 11830, Birmingham, AL 35202 |
| 5019432 | EDI: Q3G.COM | | |
| | | May 15 2026 23:32:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5006455 | Email/Text: rboone@simpsonlawfirm.net | | |
| | | May 15 2026 19:32:00 | Simpson Law Firm, P.O. Box 1410, Ridgeland, MS 39158-1410 |
| 5006456 | + Email/Text: Tracey@sra-inc.net | | |
| | | May 15 2026 19:32:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5006457 | + Email/Text: BANKRUPTCIES@CABLEONE.BIZ | | |
| | | May 15 2026 19:32:00 | Spark Light, 319 College St, Columbus, MS 39701-5702 |
| 5019084 | + Email/Text: bkinfo@ccfi.com | | |
| | | May 15 2026 19:31:00 | Speedy/Rapid Cash, PO Box 780408, Wichita, Ks 67278-0408 |
| 5006458 | + Email/Text: bkinfo@ccfi.com | | |
| | | May 15 2026 19:31:00 | Speedycash, 222 Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 5006462 | + Email/Text: tmelton@twc-ms.com | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: 3180W | Total Noticed: 53 |

| | | May 15 2026 19:31:00 | The Womaan's Clinic, 501 Marshall Street, Ste 400, Jackson, MS 39202-1687 |
|---|---|---|---|
| 5006464 | + Email/Text: Bankruptcies@umc.edu | May 15 2026 19:32:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5019400 | + EDI: AIS.COM | May 15 2026 23:32:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Assocation |
| 5057934 | \*+ | Capital One Auto Finance, a division of, Capital One, N.A. c/o, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Jennifer Ellis jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jennifer Ellis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| Debtor 1 | **Jennifer Ellis** | Social Security number or ITIN   **xxx–xx–2378** |
|---|---|---|
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–00929–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Jennifer Ellis**
aka Jennifer Munford Ellis

Dated: 5/15/26

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

| | | |
|---|---|---|
| Form 3180W | **Chapter 13 Discharge** | page 1 |

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2